**United States District Court**
**Northern District of New York**

| | | |
|---|---|---|
| Sarah Eileen Crawford, | ) | Case No. 3:24-cv-01183 |
| *Plaintiff,* | ) | |
| | ) | Glenn T. Suddaby |
| v. | ) | United States District Court Judge |
| | ) | |
| Frank Bisignano, | ) | Miroslav Lovric |
| Commissioner of the Social | ) | United States Magistrate Judge |
| Security Administration, | ) | |
| *Defendant*. | ) | |

**STIPULATION FOR ALLOWANCE OF FEES UNDER**
**THE EQUAL ACCESS TO JUSTICE ACT AND COSTS UNDER 28 U.S.C. § 1920**

**IT IS HEREBY STIPULATED** that Defendant agrees to pay to Plaintiff attorney fees in the amount of $5,873.14, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in full satisfaction of any and all claims under the EAJA. The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel, and provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

It is further agreed that Plaintiff is awarded $405.00 in costs, to be paid from the Judgment Fund pursuant to 28 U.S.C. § 1920.

Dated: September 25, 2025

| | |
|---|---|
| Frank Bisignano, | Sarah Eileen Crawford, |
| By His Attorneys, | By Her Attorney, |
| John A. Sarcone III,<br>United States Attorney | |
| /s/ Hugh Dun Rappaport<br>Hugh Dun Rappaport<br>Special Assistant United States Attorney<br>N.D.N.Y. Bar Roll No. 700992<br>Office of Program Litigation, Office 2<br>Office of the General Counsel<br>Social Security Administration<br>6401 Security Boulevard<br>Baltimore, MD 21235<br>617-565-2380<br>Email: Hugh.Dun.Rappaport@ssa.gov | /s/ Justin M. Goldstein<br>Justin M. Goldstein<br>Hiller Comerford Injury & Disability Law<br>6000 North Bailey Avenue - Suite 1A<br>Amherst, NY 14226<br>716-564-3288<br>Email: jgoldstein@hillercomerford.com |

**SO ORDERED:**

_Glenn T. Suddaby_
Glenn T. Suddaby
U.S. District Judge

Dated: September 26, 2025